Prob 19
(1/82)

# United States District Court
## for the
## Eastern District of Michigan

FW 859781

Warr 0734-0418-1733-D

U.S.A. v. BAKER, Michael William       Docket No. 04-CR-80176-DT-01

**TO: Any United States Marshal or any Other Authorized Officer.**

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE ||||
|---|---|---|---|
| **You are hereby commanded to arrest** the within-named defendant and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the Court. ||||
| Name of Subject<br>Michael William Baker | Sex<br>M | Race<br>W | Age<br>46 |
| Address (Street, City, State) ||||
| Sentence Imposed by (Name of Court)<br>Eastern District of Michigan ||||
| To Be Brought Before (Name of Court, City, State)<br>United States District Court, Detroit, Michigan ||||
| Clerk<br>David J. Weaver | (By) Deputy Clerk | | Date<br>APR 18 2007 |

| RETURN |||
|---|---|---|
| Warrant Received and Executed. | Date Received<br>4-18-07 | Date Executed<br>4-28-07 |
| Executing Agency (Name and Address)<br>231 W. Lafayette Blvd<br>Det, MI 48226   DFAT |||
| Name<br>R. Grubbs | (By)<br>A. Garcia | Date<br>4-23-07 |

↑ Arrested at Probation

2007 APR 18 AM 11:50
United States Marshals Office
Department of Justice
Detroit
Eastern Michigan

**FILED**

MAY 0 3 2007

CLERK'S OFFICE-DETROIT-PSG
U.S. DISTRICT COURT